APPEAL,CLOSED,IFP,JURY,PROSE–NP,TYPE–F

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:25−cv−00110−UNA
### *Internal Use Only*

| | |
|---|---|
| PETROZZI v. BARNES et al<br>Assigned to: Unassigned<br>Cause: 28:1983 Civil Rights | Date Filed: 01/15/2025<br>Date Terminated: 02/18/2025<br>Jury Demand: Plaintiff<br>Nature of Suit: 440 Civil Rights: Other<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**TIMOTHY R. PETROZZI**     represented by   **TIMOTHY R. PETROZZI**
General Delivery
Washington, DC 20090
PRO SE

V.

**Defendant**

**REDMOND BARNES**

**Defendant**

**SCOTT HARRIS**

**Defendant**

**MARA SILVER**

**Defendant**

**ARMANDO BONILLA**

**Defendant**

**LAUREL HAVENS**

**Defendant**

**CHRISTOPHER WRAY**

**Defendant**

**BRIAN BOYNTON**

**Defendant**

**PATRICIA MCCARTHY**

**Defendant**

1

**FRANKLIN WHITE, JR**

**Defendant**

**TONYA CHAPMAN**

**Defendant**

**ANTHONY ROSS**

**Defendant**

**REGINA HARRIS**

**Defendant**

**KEVIN MCINTYRE**

**Defendant**

**CARTA WILEY**

**Defendant**

**SABRINA SIMS**

**Defendant**

**RICHARD REYES–GAVILAN**

**Defendant**

**JULIE MOELLER**

**Defendant**

**BRIAN YANOS**

**Defendant**

**RANDY CLARKE**

**Defendant**

**MICHAEL ANZALIO**

**Defendant**

**MICHELLE ZAMARIN**

**Defendant**

**RAFAEL MEDINA**

**Defendant**

**FERNANDO CAMPOAMR**

**Defendant**

**MERRICK B. GARLAND**

**Defendant**

**JAY ROBERT INSLEE**

**Defendant**

**PATTY MURRY**

**Defendant**

**MARIA CANTWELL**

**Defendant**

**BOB FERGUSON**

**Defendant**

**WILLIAM J. BURNS**

**Defendant**

**BENJAMIN H. SETTLE**

**Defendant**

**RON B LEIGHTON**

**Defendant**

**RICARDO MARTINEZ**

**Defendant**

**RAVI SUBRMANIAM**

**Defendant**

**RAJ SUBRAMANIAM**

**Defendant**

**DEREK BYME**

**Defendant**

**JILMA MENESES**

**Defendant**

**CESAR TORRES**

**Defendant**

**NACHAMA WILKER**

**Defendant**

3

**LAURIE TEBO**

**Defendant**

**JOE BIDEN**

**Defendant**

**TONI SHELDON**

**Defendant**

**STANLEY J RUMBAUGH**

**Defendant**

**CASEY ARBENZ**

**Defendant**

**MONTE HESTER**

**Defendant**

**BRETT PURTZER**

**Defendant**

**CHRIS VAN VECHTEN**

**Defendant**

**SCOTT SIMMONS**

**Defendant**

**DEREK SANDERS**

**Defendant**

**JON TUNHEIM**

**Defendant**

**LEONARD HERNANDEZ**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/15/2025 |  | **Initiating Pleading & IFP Application Received on 1/15/2025.** A copy of the docket sheet has been mailed to the address of record for the pro se party. (sint) (Entered: 02/10/2025) |
| 01/15/2025 | 1 | COMPLAINT against All Defendants with Jury Demand filed by TIMOTHY R. PETROZZI. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit, # 3 Related Case Form– Criminal)(sint) (Entered: 02/10/2025) |
| 01/15/2025 | 2 | MOTION for Leave to Proceed in forma pauperis by TIMOTHY R. PETROZZI. (sint) (Entered: 02/10/2025) |

| | | |
|---|---|---|
| 02/07/2025 | 3 | MOTION to Appoint Counsel by TIMOTHY R. PETROZZI. (Attachment: # 1 Text of Proposed Order)(zsl) (Entered: 02/20/2025) |
| 02/11/2025 | 4 | MOTION for Default Judgment by TIMOTHY R. PETROZZI. (znmw) (Entered: 02/11/2025) |
| 02/18/2025 | 5 | MEMORANDUM OPINION. Signed by Judge Rudolph Contreras on 02/18/2025. (zsl) (Entered: 02/20/2025) |
| 02/18/2025 | 6 | ORDER DISMISSING PRO SE CASE WITHOUT PREJUDICE. Ordered that the application of the plaintiff to proceed in forma pauperis is granted. This is a final appealable Order. Pro Se party has been notified by first class mail. Signed by Judge Rudolph Contreras on 02/18/2025. (zsl) (Entered: 02/20/2025) |
| 04/09/2025 | 7 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 5 Memorandum & Opinion, 6 Order Dismissing Pro Se Case, by TIMOTHY R. PETROZZI. Fee Status: IFP. Parties have been notified. (znmw) (Entered: 04/09/2025) |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Timothy R. Petrozzi
_____
Plaintiff

vs.   Civil Action No. 1;25CV-00110-1

STATE OF WASHINGTON, USA, et. al.
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this 9TH day of April, 2025, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 18TH day of 2 February, 2025

in favor of

against said

_____
Attorney or ~~Pro Se~~ Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated: "COMPLAINT FILED."

RECEIVED
APR 09 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

6

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY R. PETROZZI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 25-0110 (UNA) |
| REDMOND BARNES, *et al.*, | ) ) ) |
| Defendants. | ) ) |

### **ORDER**

It is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* [2] is GRANTED; and, for the reasons set forth in the accompanying Memorandum Opinion, it is further

ORDERED that the complaint and this civil action are DISMISSED WITHOUT PREJUDICE, and the motion for default judgment [3] is DENIED.

This is a final appealable Order.

SO ORDERED.

February 18, 2025

/s/
RUDOLPH CONTRERAS
United States District Judge

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY R. PETROZZI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 25-0110 (UNA) |
| | ) |
| REDMOND BARNES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### **MEMORANDUM OPINION**

This matter is before the Court on initial review of plaintiff's application for leave to proceed *in forma pauperis*, ECF No. 2, *pro se* complaint, ECF No. 1, and motion for default judgment, ECF No. 3. The Court will grant the *in forma pauperis* application, dismiss the complaint without prejudice, and deny the motion for default.

Complaints filed by *pro se* litigants are held to "less stringent standards" than those applied to pleadings drafted by lawyers. *Haines v. Kerner*, 404 U.S. 519, 520 (1972). Still, *pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. FED. R. CIV. P. 8(a). It "does not require detailed factual allegations, but it demands more than an unadorned, the-defendant-unlawfully-harmed-me accusation." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quotations omitted). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer, mount an adequate defense, and determine

whether the doctrine of res judicata applies.  *See Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The instant complaint is long on defendants (totaling 123), *see* Compl. at 1-22 (page numbers designated by CM/ECF), and short on factual allegations.  Somehow a disparate group of defendants, among whom are the Clerk of the Supreme Court of the United States, employees of the District of Columbia Public Library, the General Manager of the Washington Metropolitan Area Transit Authority, the Mayor of the District of Columbia, judges of the United States District Court for the Western District of Washington, and Presidents of the United States of America, manage to violate plaintiff's First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth and Fourteenth Amendment rights, *see* Compl. at 23.  In addition, these defendants allegedly have inflicted such great harm on plaintiff, *see id*. at 24, that he demands damages totaling $90 Duodecillion, *see id*.

As drafted, the complaint fails to meet the minimal pleading standard set forth in Rule 8(a), as it does not contain a short and plain statement showing plaintiff's entitlement to relief.  There are far too factual allegations, and no defendant has proper notice of the claim(s) plaintiff is bringing.

An Order is issued separately.

DATE: February 18, 2025            /s/
                                   RUDOLPH CONTRERAS
                                   United States District Judge

2

9